**EXXON GAS SYSTEM, INC.**

v.

**BRANDYWINE INDUSTRIAL GAS, INC.**

No. D–2072.

Supreme Court of Texas.

June 17, 1992.

ORDER

Petition to order court of appeals' opinion published pursuant to Rule 90(c), Tex. R.App.P., is dismissed as moot.

**922**

Joint motion to dismiss the cause filed herein on June 10, 1992, is granted.

The application for writ of error is granted. The opinion and judgment of the court of appeals are vacated, and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties.